IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01429-WYD-MJW

DONIEL WHITFIELD,

Plaintiff(s),

v.

JACOBSON & ASSOCIATES, LLC; and
DOES 1-10, inclusive,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Scheduling Conference (Docket No. 5) is granted. Therefore, the Rule 16 Scheduling/Planning Conference set for August 19, 2011, at 1:30 p.m. is VACATED. However, it is further

ORDERED that a Status Conference shall instead be held on August 19, 2011, at 1:30 p.m. in Courtroom A502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: August 12, 2011